*E-Filed: October 16, 2013*

1 Peter M. Hart (State Bar No. 107920)
2 Michele C. Kirrane (State Bar No. 215440)
LeClairRyan LLP
3 44 Montgomery Street, 18th Floor
San Francisco, CA 94104
4 Tel: 415-391-7111
Fax: 415-391-8766
5 Peter.hart@leclairryan.com
Michele.kirrane@leclairryan.com

6 Attorneys for Defendant
DAIMLER TRUCKS NORTH AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSCANY INVESTMENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DAIMLER TRUCKS NORTH AMERICA LLC, a limited liability company; WINNEBAGO INDUSTRIES, INC.,<br><br>  Defendants. | No.: CV 13-04185 HRL<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT; ORDER**<br><br>Magistrate Judge Howard R. Lloyd |

Plaintiff TUSCANY INVESTMENTS LLC and defendant DAIMLER TRUCKS NORTH AMERICA LLC have stipulated and agreed that defendant DAIMLER TRUCKS NORTH AMERICA LLC's time to respond to the Complaint in this action is extended from October 14, 2013 to October 28, 2013.

The parties represent that the extension of time will not alter any of the dates set forth in the court's Order Setting Initial Case Management Conference and ADR Deadlines.

///
///
///
///

---

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT
U.S.D.C. Case No. CV 13-04185 HRL

1

IT IS SO STIPULATED.

Dated: October 11, 2013

Terry L. Baker

*[signature]*

Terry L. Baker
820 Bay Avenue, Suite 230 L
Capitola, CA 95010
Telephone: (831) 476.7900
Facsimile: (831) 476.7906
tbaker@consumerlawgroup.net

Attorneys for Plaintiff
TUSCANY INVESTMENTS LLC

Dated: October 10, 2013

LeClairRyan LLP

*[signature]*

Peter M. Hart
Michele C. Kirrane
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Tel: 415-391-7111
Fax: 415-391-8766
Peter.hart@leclairryan.com
Michele.kirrane@leclairryan.com

Attorneys for Defendant
DAIMLER TRUCKS NORTH AMERICA LLC

1  **IT IS SO ORDERED.**

3  Dated: October 16, 2013

_____
Magistrate Judge Howard R. Lloyd