*E-Filed: October 16, 2013*

Peter M. Hart (State Bar No. 107920)
Michele C. Kirrane (State Bar No. 215440)
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Tel: 415-391-7111
Fax: 415-391-8766
Peter.hart@leclairryan.com
Michele.kirrane@leclairryan.com

Attorneys for Defendant
DAIMLER TRUCKS NORTH AMERICA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSCANY INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAIMLER TRUCKS NORTH AMERICA LLC,<br>a limited liability company; WINNEBAGO<br>INDUSTRIES, INC.,<br><br>    Defendants. | No.: CV 13-04185 HRL<br><br>**STIPULATION EXTENDING TIME<br>TO ANSWER COMPLAINT;<br>ORDER**<br><br><br><br>Magistrate Judge Howard R. Lloyd |

Plaintiff TUSCANY INVESTMENTS LLC and defendant DAIMLER TRUCKS

NORTH AMERICA LLC have stipulated and agreed that defendant DAIMLER TRUCKS

NORTH AMERICA LLC's time to respond to the Complaint in this action is extended from

October 14, 2013 to October 28, 2013.

The parties represent that the extension of time will not alter any of the dates set forth in

the court's Order Setting Initial Case Management Conference and ADR Deadlines.

///

///

///

///

1    IT IS SO STIPULATED.

2

3    Dated: October 11, 2013                    Terry L. Baker

4

5                                               Terry L. Baker

6                                               820 Bay Avenue, Suite 230 L
                                                Capitola, CA 95010
7                                               Telephone: (831) 476.7900
                                                Facsimile: (831) 476.7906
8                                               tbaker@consumerlawgroup.net

9                                               Attorneys for Plaintiff
                                                TUSCANY INVESTMENTS LLC
10

11
     Dated: October 10, 2013                    LeClairRyan LLP
12

13

14                                              Peter M. Hart
                                                Michele C. Kirrane
15                                              LeClairRyan LLP
                                                44 Montgomery Street, 18th Floor
16                                              San Francisco, CA 94104
                                                Tel:  415-391-7111
17                                              Fax:  415-391-8766
                                                Peter.hart@leclairryan.com
18                                              Michele.kirrane@leclairryan.com

19                                              Attorneys for Defendant
                                                DAIMLER TRUCKS NORTH AMERICA LLC
20

21

22

23

24

25

26

27

28

1    **IT IS SO ORDERED.**

2

3    Dated:  October 16 , 2013

4                                                                           _____
                                                       Magistrate Judge Howard R. Lloyd

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT
U.S.D.C. Case No. CV 13-04185 HRL

2 3