*E-Filed: March 18, 2014*

1  TERRY L. BAKER   (SBN 214365)
   820 Bay Avenue, Suite 230L
2  Capitola, CA 95010
   Tel:   (831) 476-7900
3  Fax:   (831) 476-7906
   tbaker@consumerlawgroup.net
4
   Attorneys for Plaintiff
5  TUSCANY INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSCANY INVESTMENTS LLC, | Case No. C 13-04185 HRL |
| Plaintiff, | STIPULATION FOR FILING AMENDED COMPLAINT ; ORDER |
| vs. | |
| DAIMLER TRUCKS NORTH AMERICA LLC, a limited liability company; WINNEBAGO INDUSTRIES, INC.; LIPPERT COMPONENTS, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

Dated:      March 9, 2014                    Respectfully submitted,


                                             /s/ Terry L. Baker
                                             TERRY L. BAKER
                                             Attorney for Plaintiff

///

///

///

---

*Tuscany Investments, LLC v. Daimler Trucks, et al.*-                    Stipulation

Dated: March 9, 2014                Respectfully submitted,

/s/ William E. Manning
William E. Manning
Attorney for Defendant Winnebago
Industries, Inc.

Dated: March 9, 2014                Respectfully submitted,

/s/ Peter M. Hart
Peter M. Hart
Attorney for Defendant Daimler Trucks
North America LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.  PLAINTIFFS SHALL FILE THE AMENDED COMPLAINT WITHIN THREE DAYS FROM THE DATE OF THIS ORDER AND SERVE THE NEW DEFENDANT WITH A SUMMONS AND COPY OF THE AMENDED COMPLAINT FORTHWITH.

Date: March 18, 2014

_____
HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE