*E-Filed: April 2, 2014*

TERRY L. BAKER   (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:   (831) 476-7900
Fax:   (831) 476-7906
tbaker@consumerlawgroup.net

Attorneys for Plaintiff
TUSCANY INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSCANY INVESTMENTS LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>DAIMLER TRUCKS NORTH AMERICA LLC, a limited liability company; WINNEBAGO INDUSTRIES, INC.; LIPPERT COMPONENTS, INC.,<br><br>            Defendants. | Case No.  C 13-04185 HRL<br><br>STIPULATED APPLICATION FOR ORDER SHORTENING TIME AND [~~PROPOSED~~] ORDER |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiff's Motion for Relief From Case Management Order to be heard on May 6, 2014, at 10:00 a.m. be heard on shortened notice.  The parties request that the motion be heard on April 15, 2014, at 10:00 a.m.

   The attached Declaration of Terry L. Baker demonstrates that the hearing of this motion on shortened time is necessary because a new party has just been added to the case and there is not sufficient time to complete discovery by the previously ordered deadlines.

Dated:        March 30, 2014                    Respectfully submitted,


                                        /s/ Terry L. Baker
                                        TERRY L. BAKER
                                        Attorney for Plaintiff

---

*Tuscany Investments, LLC v. Daimler Trucks,  et al.-*                                        Stipulation

///

///

///

Dated:     March 30, 2014                    Respectfully submitted,


/s/ William E. Manning
William E. Manning
Attorney for Defendant Winnebago
Industries, Inc.


Dated:     March 31, 2014                    Respectfully submitted,


/s/ Paul H. Efstratis
Paul H. Efstratis
Attorney for Defendant Daimler Trucks
North America LLC


### ~~PROPOSED~~ ORDER

Good cause appearing, it is hereby ORDERED that the parties' stipulated application is GRANTED. Plaintiff's Motion for Relief From Case Management Order shall be heard on April 15, 2014 at 10:00 a.m. ~~/p.m~~.

Responses to Plaintiff's Motion shall be due April 7, 2014.  Reply due April 10.


Dated: April 2, 2014

UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

---

*Tuscany Investments, LLC v. Daimler Trucks, et al.* -2-                                    Stipulation