*E-Filed: August 6, 2014*

TERRY L. BAKER   (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:   (831) 476-7900
Fax:   (831) 476-7906
tbaker@consumerlawgroup.net

Attorneys for Plaintiff
TUSCANY INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSCANY INVESTMENTS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DAIMLER TRUCKS NORTH AMERICA LLC, a limited liability company; WINNEBAGO INDUSTRIES, INC.; LIPPERT COMPONENTS, INC., <br><br> Defendants. | Case No.  C 13-04185 HRL <br><br> STIPULATION TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION AND [~~PROPOSED~~] ORDER |

　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, and respectfully requested that the Court extend the deadline for the parties to complete further Early Neutral Evaluation for approximately 60 days to October 1, 2014.  The parties make this stipulation because discovery and scheduling issues have made it difficult to complete the ordered session in a timely manner but the parties do desire to attend another session.

Dated:       August 1, 2014                    Respectfully submitted,


                                                /s/ Terry L. Baker
                                                TERRY L. BAKER
                                                Attorney for Plaintiff

---

*Tuscany Investments, LLC v. Daimler Trucks,  et al.-*                                                Stipulation

| | | |
|---|---|---|
| Dated: | August 1, 2014 | Respectfully submitted, |

/s/ William E. Manning
William E. Manning
Attorney for Winnebago Industries, Inc.

| | | |
|---|---|---|
| Dated: | August 1, 2014 | Respectfully submitted, |

/s/ Peter M. Hart
Peter M. Hart
Attorney for Daimler Trucks North
America LLC

| | | |
|---|---|---|
| Dated: | August 1, 2014 | Respectfully submitted, |

/s/ Richard Salcido
Richard Salcido
Attorney for Lippert Components, Inc.

## ~~PROPOSED~~ ORDER

Good cause appearing, it is hereby ORDERED that the deadline for the parties to complete further Early Neutral Evaluation is extended to October 1, 2014.

Dated: August 6, 2014

UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD