***E-Filed: October 23, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUSCANY INVESTMENTS LLC, | No. C13-04185 HRL |
| Plaintiff, | **ORDER SETTING NOVEMBER 4, 2014 STATUS CONFERENCE** |
| v. | |
| DAIMLER TRUCKS NORTH AMERICA LLC; et al., | |
| Defendants. | |

On August 1, 2014, the parties stipulated to extend the deadline for the parties to complete a further Early Neutral Evaluation to October 1, 2014. Dkt. Nos. 70, 72. As of the date of this order, the parties have not completed a further Early Neutral Evaluation.

A status conference is set for November 4, 2014, at 3:00 p.m. in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. The parties shall submit a status report by October 31, 2014. The status report shall include an explanation why they have not, as ordered, completed a further Early Neutral Evaluation.

**IT IS SO ORDERED.**

Dated: October 23, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-04185 HRL Notice will be electronically mailed to:**

Harry Paul Efstratis     paul.efstratis@leclairryan.com, charmaine.villavert@leclairryan.com

Nayri Jilizian     njilizian@hmspasadena.com, jcarroll@hmspasadena.com, lgonzalez@hmspasadena.com

Peter Michael Hart     peter.hart@leclairryan.com, lanii.langlois@leclairryan.com

Richard Salcido     rsalcido@hmspasadena.com, lgonzalez@hmspasadena.com, mdickey@hmspasadena.com

Terry L. Baker     tbaker@consumerlawgroup.net

William Eric Manning     wmanning@vanlevylaw.com, kmetler@vanlevylaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2