*E-Filed: January 23, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TUSCANY INVESTMENTS LLC,

    Plaintiff,

v.

DAIMLER TRUCKS NORTH AMERICA LLC; et al.,

    Defendants.

No. C13-04185 HRL

**ORDER:**

**(1) ON MOTIONS IN LIMINE,**

**(2) SETTING BRIEFING SCHEDULE, and**

**(3) SETTING FURTHER PRETRIAL CONFERENCE FOR JUNE 30, 2015**

[Docket Nos. 110, 111, 113, 115, 116, 124]

A Pretrial Conference was held on January 22, 2015. As discussed at the Pretrial Conference, Plaintiff Tuscany Investments, LLC's motion in limine #1 is granted, Plaintiff's motion in limine #2 is granted, Defendant Winnebago Industries, Inc.'s motion in limine #1 is denied without prejudice, Winnebago's motion in limine #3 is denied without prejudice, Winnebago's motion in limine #4 is granted, and Defendant Lippert Components, Inc.'s motion in limine #2 is granted. The Court defers ruling on Winnebago's motion in limine #2 and Lippert's motion in limine #1.

By February 19, 2015, Plaintiff and Defendants may file briefs addressing: (1) the choice of law issue; (2) whether Defendants may be held jointly liable; and (3) to what extent a witness offered by Winnebago can testify as to the alleged history of defects for Lippert's components. The parties may file oppositions by March 5, 2015.

1   After the Court has issued a ruling on the above issues, the parties shall contact the chambers
2   of Magistrate Judge Nathanael Cousins to arrange a settlement conference.  The settlement
3   conference shall take place about a month prior to the further Pretrial Conference.

4   A further Pretrial Conference will be held on June 30, 2015, at 1:30 p.m.

5   **IT IS SO ORDERED.**

6   Dated: January 23, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-04185 HRL Notice will be electronically mailed to:**

Harry Paul Efstratis    paul.efstratis@leclairryan.com, charmaine.villavert@leclairryan.com

Nayri Jilizian    njilizian@hmspasadena.com, jcarroll@hmspasadena.com, lgonzalez@hmspasadena.com

Peter Michael Hart    peter.hart@leclairryan.com, lanii.langlois@leclairryan.com

Richard Salcido    rsalcido@hmspasadena.com, lgonzalez@hmspasadena.com, mdickey@hmspasadena.com

Terry L. Baker    tbaker@consumerlawgroup.net

William Eric Manning    wmanning@vanlevylaw.com, kmetler@vanlevylaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3